BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant CONNERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>WILLIAM CONNERS,<br><br>      Defendant . | Case No.: CR 10-70942 PSG<br><br>**STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME; [PROPOSED] ORDER**<br><br>Honorable Paul S. Grewal |

  Defendant William Conners and the government, through their respective counsel, hereby stipulate that, subject to the Court's approval, the hearing in the above-captioned matter, presently scheduled for Thursday, December 15, 2011, at 9:30 a.m., be continued to Thursday, January 26, 2012, at 9:30 a.m.  Mr. Conners is presently at FCI-Butner to determine whether he can be restored to competence.  Defense counsel has been informed by Butner staff that their evaluation is complete, but their report will not be available until December 19.  In their view, Mr. Conners is competent when properly medicated, and Butner staff recommended continuing Mr. Conners' appearance until after the holidays to ensure that he would be transported quickly without unnecessary interruptions in his medication regimen.  Additionally, based on the advice of Butner staff, once the report is available, the defense will request a court order that Mr. Conners receive his prescribed medications

STIP. TO CONTINUE;
[PROPOSED] ORDER
No. CR 10-70942 PSG           1

1  while in transit.

2  Mr. Conners is presently charged by complaint with one felony count of assault on a federal
3  employee.  Because he has not yet been charged by information or indictment due to the earlier
4  finding of incompetence, the parties further agree and stipulate that time for preliminary hearing
5  provided by Fed. R. Crim. Proc. 5.1(c) should be tolled until February 2, 2011.  In the event that the
6  Court determines that Mr. Conners has been restored to competence, the 14-day clock will begin to
7  run at that time.  Accordingly, Mr. Conners and the government agree that granting the requested
8  exclusion of time will serve the interest of justice and the ends of justice.

   Dated: 12/9/11                                         /s/
                                                     LARA S. VINNARD
                                                     Assistant Federal Public Defender

   Dated: 12/9/11                                         /s/
                                                     TOM O'CONNELL
                                                     Assistant United States Attorney

### [ XXXXXXXXXX ] **ORDER**

15  The parties have jointly requested a continuance of the hearing set for Thursday, December
16  15, 2011, because Mr. Conners is presently at FCI-Butner undergoing treatment for restoration of
17  competency.  According to defense counsel, Butner staff have recommended that this hearing should
18  be continued so that Mr. Conners may be transported after the holidays with minimal delays and to
19  facilitate continuity in his medication regimen.

20  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently
21  set for Thursday, December 15, 2011,  at 9:30 a.m., be continued to Thursday, February 2, 2012 at
22  9:30 a.m., and further ordered that the time for preliminary hearing provided by Fed. R. Crim. P.
23  5.1(c) should be tolled until February 2, 2012.  In the event that the Court determines that Mr.
24  Conners has been restored to competence, the 14-day clock shall commence to run at that time.

1  IT IS SO ORDERED.

2

3  Dated: F gego dgt"; ."4233""""""""""""""""""""""""""""""""""""""""""  _____
   PAUL S. GREWAL
4  United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIP. TO CONTINUE;
[~~PROPOSED~~] ORDER
No. CR 10-70942 PSG                              3